# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1184
Lower Tribunal No. 2013-CA-005860-O

_____

TERRY SPEARS,

Appellant,

v.

ELISE BRADFORD,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Donald A. Myers, Jr., Judge.

January 9, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


Michael M. Brownlee, of The Brownlee Law Firm, P.A., Orlando, for Appellant.

Warren Kwavnick, of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED